1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
10
            **FRESNO DIVISION**
11

| | |
|---|---|
| GILBERTO CALDERON, ) | CIVIL NO. 1:08-CV-01015-GSA |
| Plaintiff, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 32 days, up to and including May 11, 2009 (day 30 falls on a weekend), to respond to Plaintiff's motion for summary judgment. This request is due to an unusually heavy work load occasioned, in part, by staffing shortages in the Commissioner's regional office, and work-related travel that involved short notice.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|     |                        |                                                      |
| --: | ---------------------- | ---------------------------------------------------- |
|  1  |                        | Respectfully submitted,                              |
|  2  |                        |                                                      |
|  3  | Dated: April 9, 2009   | /s/*Young Cho*                                       |
|     |                        | (As authorized via email)                            |
|  4  |                        | YOUNG CHO                                            |
|     |                        | Attorney for Plaintiff                               |
|  5  | Dated: April 9, 2009   | LAWRENCE G. BROWN                                    |
|     |                        | Acting United States Attorney                        |
|  6  |                        | LUCILLE GONZALES MEIS                                |
|  7  |                        | Regional Chief Counsel, Region IX                    |
|     |                        | Social Security Administration                       |

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:   April 13, 2009**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE