Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Gilberto Calderon

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| GILBERTO CALDERON, | Case No.: 08-cv-01015 GSA |
| Plaintiff, | ORDER ON MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Document 34) |
| Defendant | |

IT IS HEREBY ORDERED that counsel for Plaintiff Gilberto Calderon be awarded $13,100.00 in attorney fees pursuant to Title 42 of the United States Code section 406(b).

//

//

1    Additionally, it is HEREBY ORDERED that counsel for Plaintiff SHALL
2 reimburse Plaintiff the amount of $2,749.16.

6 IT IS SO ORDERED.

7   Dated:   **June 8, 2011**                          **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE